M35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG -8 AM 10: 23
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. '08 MJ 2457 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Ulises CRUZ-Espindola** | ) | Deported Alien Found in the |
| **(AKA: Ulises AROAZ-Espindola )** | ) | United States |
| | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 21, 2008,** within the Southern District of California, defendant, **Ulises CRUZ-Espindola (AKA: Ulises AROAZ-Espindola),** an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

D. Wunder [signature]

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th **DAY OF AUGUST, 2008.**

[signature]

UNITED STATES MAGISTRATE JUDGE

JMP
8/7/08

MJB

# PROBABLE CAUSE STATEMENT

On April 21, 2008, a United States Border Patrol Agent apprehended the defendant, **Ulises CRUZ-Espindola (AKA: Ulises AROAZ-Espindola)**, for illegal entry into the United States near Otay Mesa, California. The defendant was subsequently booked into county jail for violation of section 1203.2 of the California Penal Code: "Violation of Probation". The agent placed a Form I-247 (Immigration Detainer) pending his release from local custody.

On August 7, 2008, the defendant was referred from county jail to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. Immigration computer database records' checks identified him as a national of Mexico having been previously deported from the United States to Mexico by an Immigration Judge on or about March 17, 2005, and removed to Mexico on March 17, 2005, via the San Ysidro, California port of entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Ulises CRUZ-Espindola, a citizen and national of Mexico.

The defendant was admonished as to his rights per Miranda, acknowledged those rights, and elected to answer questions without counsel present. The defendant stated his true name was Ulises AROAZ-Espindola but acknowledged having used Ulises CRUZ-Espindola in the past. He further stated he is a citizen of Mexico by birth in Veracruz, Mexico and he has not applied to obtain documents nor is he in possession of documents entitling him to enter or reside in the United States lawfully. He also admitted he did not apply for a waiver of removal or deportation to re-enter the United States.